**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

In re:                                                    Case No. 06-04435-swd
                                                          Chapter 7
Patrick R. Dunne and Kathleen M. Dunne

                    Debtors.                              Hon. Scott W. Dales
_____/

KATHLEEN M. DUNNE, f/k/a                                  Adversary Proceeding No._____
KATHLEEN M. LIND,

                    Plaintiff,

v.

RICHARD K. LIND,

                    Defendant.
_____/

**NOTICE OF REMOVAL OF STATE-LAW CIVIL ACTION**
**TO BANKRUPTCY COURT PURSUANT TO 11 U.S.C. § 1452(a)**

<u>Jurisdiction</u>

1.     Notice is given that Debtor-Plaintiff, Kathleen M. Dunne ("Dunne"), has removed the above-referenced state-law action to the United States Bankruptcy Court for the Western District of Michigan pursuant to 11 U.S.C. § 1452(a) and Fed. R. Bankr. P. 9027(a)(1).

2.     The bankruptcy court has jurisdiction to hear this adversary proceeding under 28 U.S.C. § 1334(b) and 11 U.S.C. § 523.

3.     This is a core proceeding under 28 U.S.C. § 157(b)(2)(I).

<u>Factual Allegations</u>

4.     Debtors filed their chapter 7 bankruptcy case on September 12, 2006, and received a discharged on January 26, 2007.

5.     The bankruptcy case is still open and a report of no distribution has not yet been issued.

6.     Dunne and the above-named Defendant were married on April 12, 1986, and divorced on October 11, 1996.  In the divorce judgment, Dunne agreed, inter alia, to assume financial responsibility for her law-school loans.

7.      In September 2006, when the current chapter 7 case was filed, Dunne failed to list the Defendant as a codebtor on one of the law-school loans ("Bar Study Loan") listed on Schedule F. The omission was due to Dunne's good-faith belief that Defendant had not cosigned any of her student loans.

8.      In June 2007, almost 6 months after Debtors received their discharge, Sallie Mae attempted to collect the Bar Study Loan from Defendant.   Dunne subsequently received documentation from Sallie Mae verifying that Defendant was a co-signer on the note dated October 2, 1995.

9.      On or about August 20, 2007 – even though the loan was only approximately $250 in arrears -- Defendant paid the entire outstanding balance of $8,762.74.

10.     On October 29, 2007, Defendant initiated the instant state-law action by filing a motion in Kent County Circuit Court, Grand Rapids, Michigan, purportedly seeking to enforce the parties' divorce judgment, but in substance seeking to recoup the monies that were paid to Sallie Mae under the promissory note that Defendant co-signed.

11.     Defendant's right to pursue a state-law collection action hinges solely on the issue of whether the Dunne's alleged debt to Defendant was discharged in Dunne's chapter 7 case.

12.     Pursuant to 28 U.S.C. § 1334, the bankruptcy court has exclusive jurisdiction to determine the dischargeability of debts in bankruptcy under Title 11.  If the debt to Defendant was discharged, then Defendant is permanently enjoined from attempting to collect that debt in a state-court proceeding.

13.     Attached to this notice is a complete copy of Defendant's state-court motion.

14.     Pursuant to Fed. R. Bankr. P. 9027, a copy of this notice has been timely filed with the Kent County Circuit Court and duly served by United States first-class mail on counsel for the Defendant.

15.     Effective on the filing of this notice in state court, the parties may not proceed further in that court unless and until the cause of action is remanded.

Respectfully submitted,

Dated:  November 16, 2007                         /s/ Kathleen M. Dunne
                                                 Kathleen M. Dunne (P-54909)
                                                 Attorney at Law
                                                 Plaintiff in pro per
                                                 P.O. Box 737
                                                 Rockford, MI 49341-0737
                                                 (616) 874-5540 Office
                                                 (616) 829-6290 Fax
                                                 kdunne@attorneydunne.com

2