## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

In Re:                                             Case No.: DG 06-04435
PATRICK R. DUNNE and                               Chapter 7
KATHLEEN M. DUNNE f/k/a
KATHLEEN M. LIND,                                  Honorable Scott W. Dales
                        Debtor.
_____/


KATHLEEN MARIE DUNNE,                              Adversary Proceeding
                                                   Case No.: 07-80615-swd
            Plaintiff,

v.

RICHARD KEITH LIND,

                  Defendant.
N:\Jody\clients\Bankruptcy\Lind, Richard\answer.wpd


_____/


### DEFENDANT RICHARD KEITH LIND'S RESPONSE
### TO THE PLAINTIFF'S COMPLAINT TO DETERMINE
### DISCHARGEABILTY OF DEBT

Richard Keith Lind, by and through his attorneys of GOLDEN & JERNIGAN P.C., in response to the Plaintiff's Complaint to Determine Dishargeability of Debt states the following:

### JURISDICTION AND VENUE

1.    Admit.

2.    Admit.

-1-

## COMMON ALLEGATIONS

3.      Admit.

4.      Admit.

5.      Admit.

6.      Admit.

7.      Admit.

8.      Admit.

9.      Admit.

10.     Admit.  Defendant states that the Plaintiff drafted the parties Judgment of Divorce.

11.     Admit.

12.     Admit.

13.     Cannot either admit nor deny.

14.     Admit.

15.     Cannot either admit nor deny.

16.     Defendant admits that he contacted the Plaintiff regarding a repayment plan.

17.     Admit that the Defendant paid the entire balance.

18.     Admit.

19.     Admit.

## COUNT I
Dischargeability of Claim under section 523(a)(3)(A)

20.     Defendant realleges his response in paragraphs 1-19 above.

21.    It appears that this is a statement of law.

22.    Cannot either admit nor deny.

23.    Cannot either admit nor deny.

24.    Cannot either admit nor deny.  Deny that Plaintiff's personal liability on the debt to the Defendant was effectively discharged on January 26, 2007.

## COUNT II
Dischargeability of Claim under section 523(a)(15)

25.     Defendant realleges his response in paragraphs 1-24 above.

26.    It appears that this is a statement of law.

27.    Deny.

28.    Deny.  The Plaintiff drafted the divorce decree.

29.    Deny.

30.    Deny.

31.    Deny that any payment was made as a gift.

32.    Deny.


WHEREFORE, Defendant respectfully requests that this Court find the debt non dischargeable.

Respectfully Submitted,

GOLDEN & JERNIGAN P.C.
Counsel to Richard Keith Lind.

By:_____/s/ Jody Jernigan_____
Jody Jernigan (P55997)
50 Courtland Drive
Rockford, MI 49341
616-866-3350
616-866-3397